CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Martin Vogel**, | Case No.: 2:20-cv-04990-FMO-MRW |
| Plaintiff, | |
| v. | Case No.: 2:20-cv-05461-JFW-DFM |
| **Norina Properties, LLC,** a California Limited Liability Company; and Does 1-10, | **JOINT STIPULATION TO CONSOLIDATE CASES** |
| Defendants. | Honorable Judge Fernando M. Olguin |
| | Honorable Judge John F. Walter |
| **Martin Vogel**, | |
| Plaintiff, | |
| v. | |
| **Norina Properties, LLC,** a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1  **WHEREAS**, Plaintiff filed a Complaint in each case naming only Norina Properties, LLC as a defendant;

**WHEREAS**, in each case, Plaintiff alleges a July 2019 visit to the 6800 block of Reseda Blvd., Reseda, California;

**WHEREAS**, the two addresses alleged in the Complaints are actually a single parcel;

**WHEREAS**, Plaintiff alleges the same inaccessible conditions in both Complaints;

**WHEREAS**, litigating the cases separately may result in inconsistent findings and will result in substantial amounts of duplicative work by both the litigants and the court;

**WHEREAS**, a court may consolidate two or more actions pursuant to Fed.R.Civ.P. 42(a) where the actions involve "a common question of law or fact;" and

**WHEREAS**, consolidation is invoked to "expedite trial and eliminate unnecessary repetition and confusion" [see <u>Devlin v. Transp. Commc'ns Union</u>, 175 F.3d 121, 130 (2d Cir. 1999), citing <u>Miller v. United States Postal Serv.</u>, 729 F.2d 1033, 1036 (5th Cir. 1984);

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the cases referenced herein be consolidated.

1     **IT IS SO STIPULATED.**

Dated: September 8, 2020                  CENTER FOR DISABILITY ACCESS

                                                      By: /s/ Christopher A. Seabock
                                                      Christopher A. Seabock
                                                      Attorney for Plaintiff

Dated: September 8, 2020                  COLLINS & KHAN LLP

                                                      By: /s/ Azim Khanmohamed
                                                      Azim Khanmohamed
                                                      Attorney for Defendant