CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MARC A. COLLINS (SBN: 136769)
AZIM KHANMOHAMED (SBN: 277717)
akhan@collinskhan.com
R. MICHAEL COLLUM (SBN: 145105)
COLLINS & KHAN LLP
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA 90010-2246
Telephone: (323) 549-0700
Facsimile: (323) 549-0707
Attorneys for Defendant
Norina Properties, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>    Plaintiff,<br><br>  v.<br><br>NORINA PROPERTIES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:20-cv-04990-FMO-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 28, 2021        CENTER FOR DISABILITY ACCESS

                            By: /s/Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff

Dated: June 28, 2021        COLLINS & KHAN LLP

                            By: /s/Azim Khanmohamed
                                Marc A. Collins
                                Azim Khanmohamed
                                R. Michael Collum
                                Attorneys for Defendant
                                Norina Properties, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Azim Khanmohamed, counsel for Norina Properties, LLC , and that I have obtained Mr. Khanmohamed's authorization to affix his electronic signature to this document.

Dated: June 28, 2021        CENTER FOR DISABILITY ACCESS

                            By: /s/Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff